# IN THE UNITED DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 4:94cr18HTW-001 |
| ) | |
| LARRY MORRIS ) | |

## ORDER REGARDING MODIFICATION OF SUPERVISED RELEASE

The defendant appeared before the Court, April 16, 2010, on a Petition to Revoke Supervised Release filed by the U. S. Probation Office April 1, 2010. The Petition alleges the defendant violated his supervision conditions by being disorderly and not obeying the orders of Philadelphia, Mississippi, police officers. The defendant confessed to the violation as alleged, and the Court found the defendant guilty of violating his supervised release as charged in the Petition, filed by the U. S. Probation Office.

After reviewing all the facts, the Court ordered the defendant's supervised release term modified to include special conditions: (3) The offender shall participate in and complete a long term, comprehensive alcohol treatment program, including inpatient treatment for sixty (60) days followed by a minimum of six (6) months of secondary and transitional treatment at Oak Arbor. (4) The offender shall abstain from the use of alcoholic beverages or any noxious fumes. (5) The defendant shall submit his person, residence, vehicle, and office to a search, conducted by the U. S. Probation Office at a reasonable time, and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation and the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

The defendant is to remain in the custody of the U.S. Marshal to await transportation to Clearview Recovery Center by the U.S. Marshals Service, in accordance with 18 U.S.C. § 3604.

SO DATED, this the __16th__ day of __April__, 2010.

_____
HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE